## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan M. Azrack            **DATE : 1/27/12**

DOCKET NUMBER: **12CR50(CBA)**            LOG #: 3:45 – 3:56

DEFENDANT'S NAME : **Nicholas Santora**
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL :    Charles Hochbaum
___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A: **Nicole Argentieri**            DEPUTY CLERK : **F. Chin**

INTERPRETER : _____ (Language) _____

___ Hearing held.  ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

✓ Order of Speedy Trial entered.   Code Type___ Start 1/27/12 Stop 2/7/12

**X** Defendant's first appearance.   ✓ Defendant arraigned on the ~~violation of probation~~ superseding indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER  ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the ~~violation of probation~~ superseding indictment.

✓ Status conference set for 2/7/12 @ 5:00 before Judge Amon

OTHERS: Dfse counsel presented a bail package; govt opposed; court denied package. Order of detention entered.