UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X

UNITED STATES OF AMERICA,

    -against-                          NOTICE OF APPEARANCE
                                            IND. NO.: 12 Cr 0050 (CBA)

ANTHONY GRAZIANO,
NICHOLAS SANTORA, et al.,

        Defendants.

----------------------------------------------X

    PLEASE TAKE NOTICE that RICHARD A. REHBOCK, ESQ, files this Notice to appear as the attorney of record for Defendant NICHOLAS SANTORA in the above action.

    Counsel is admitted to practice law in this District and in the Courts of the State of New York

    Counsel requests that all communications in this matter be addressed to his office as listed herein.

Dated: March 6, 2012

                                                            LAW OFFICE OF
                                                  RICHARD A. REHBOCK, ESQ.

                                                  By: Richard A. Rehbock RR-9908

                                                 One Maple Run Drive
                                                 Jericho, New York 11753
                                                 (516) 827-9583
                                                 Fax: (516 827-9589
                                                 E-Mail: rrehbock@msn.com

TO:    Clerk of the Court
          US Attorney, Eastern District