UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x     Ind. No. 1:12-cr-0050 (CBA)
UNITED STATES OF AMERICA,

**NOTICE OF APPEARANCE**

*-against-*

ANTHONY GRAZIANO,
NICHOLAS SANTORA, et al.,
Defendants.
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Anthony J Colleluori, Esq., files this Notice to appear as the attorney of record for defendant NICHOLAS SANTORA in the above action.

      Counsel is admitted to practice law in this District and in the Courts of State of New York.

      Counsel requests that all communications in this matter be addressed to his office as listed herein.

Dated: March 8, 2012
      Melville, New York

                                Law Offices of Anthony J. Colleluori &
                                Associates, PLLC.
                                By: /s/ Anthony J. Colleluori, Esq.
                                    Anthony J. Colleluori
                                    Attorneys for Defendant
                                    68 South Service Road, Suite 100
                                    Melville, New York 11747
                                    (516) 741-3400

To: Clerk of the Court
    US Attorney, Eastern District