

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA:JD
F.#2011R02050                                   *271 Cadman Plaza East*
Disc 7                                          *Brooklyn, New York 11201*

April 13, 2012

**By Hand and ECF**

Richard Rehbock, Esq.

      Re:  United States v. Nicholas Santora
           Criminal Docket No. 12-0050 (S-2)(CBA)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

**Statements of the Defendant**

    As set forth below, a cooperating witness ("CW-7"), who was an inducted member of the Bonanno family, consensually recorded telephone conversations with the defendant.

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Consensual recordings dated 3/1/03 | Santora | 23 |
| Draft transcript dated 3/1/03 (10:49 am) | Santora | 24-25 |
| Draft transcript dated 3/1/03 (11:53 am) | Santora | 26-27 |

    As set forth below, a cooperating witness ("CW-1"), who was an associate of the Bonanno family, consensually recorded meetings with the defendant and others.  A draft transcript of an additional recording is attached.

| Description | Defendant(s) | Bates Number |
|---|---|---|
| Draft transcript dated 9/7/11 | Graziano | 28 |

If you have further questions or requests, please contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:     ___/s/___
Jack Dennehy
Assistant U.S. Attorney
(718) 254-6133

cc: Clerk of the Court (CBA)