**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

```
JD:AHT:sw                                271 Cadman Plaza East
F.#2011R02050                            Brooklyn, New York  11201
Disc. 9
                                         May 2, 2012
```

**<u>Via ECF</u>**

Richard A. Rehbock, Esq.
Law Office of Richard A. Rehbock
1 Maple Rum Drive
Jericho, NY 11753

Gerald J. McMahon, Esq.
Law Office of Gerald J. McMahon
26 Broadway, 18th Floor
New York, NY 10004

        Re:  <u>United States v. Nicholas Santora, et al.
             Criminal Docket No. 12-0050 (S-5)(CBA)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

1.    <u>Consensual Recordings by CW #8</u>

      A cooperating witness ("CW-8"), who was an associate of the Bonnano family, consensually recorded meetings with one or more of the defendants and their associates. Compact disks containing these recordings are available at DupeCoop. You may obtain these materials by contacting John Palermo at (973) 895-1359. These recordings may only be obtained by counsel of record or someone from his or her office and are subject to the protective order issued by the Honorable Carol B. Amon on May 1, 2012.

      As set forth below, the government has enclosed copies of the following consensual recordings made by CW-8, which the government has determined are pertinent to the above-captioned case:

| Description | Bates Number |
|---|---|
| Consensual recording dated 1/4/07 | 31 |

| **Description** | **Bates Number** |
|---|---|
| Consensual recording dated 1/11/07 | 32 |
| Consensual recording dated 3/26/07 | 33 |
| Consensual recording dated 4/10/07 | 34 |
| Consensual recording dated 4/25/07 | 35 |
| Consensual recording dated 4/27/07 | 36 |
| Consensual recording dated 5/16/07 | 37 |
| Consensual recording dated 11/26/07 | 38 |
| Consensual recording dated 12/10/07 | 39 |
| Consensual recording dated 3/21/08 | 40 |
| Consensual recording dated 4/22/08 | 41 |
| Consensual recording dated 5/1/08 | 42 |
| Consensual recording dated 5/5/08 | 43 |

In the event that the government identifies other recordings that it deems pertinent to the above-captioned case, copies will be sent to you under separate cover.

2.   Documents

Enclosed please also find copies of a phone book, Bates-stamped 44 to 74, which was seized pursuant to the defendant Nicholas Santora's arrest on or about February 7, 2007.

If you have further questions or requests, please contact us at the number listed below.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York


By:        /s/
Jack Dennehy
Amir H. Toossi
Assistant U.S. Attorneys
(718) 254-6133/6176

2

cc:  Clerk of the Court (CBA)