*U.S. Department of Justice*



*United States Attorney*
*Eastern District of New York*

JD/AHT
F.#2011R02050
Disc. 10

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 6, 2012

**Via ECF and Electronic Mail**

Richard A. Rehbock, Esq.
Law Office of Richard A. Rehbock
1 Maple Rum Drive
Jericho, NY 11753

Gerald J. McMahon, Esq.
Law Office of Gerald J. McMahon
26 Broadway, 18th Floor
New York, NY 10004

       Re: United States v. Nicholas Santora, et al.
            Criminal Docket No. 12-0050 (S-6)(CBA)

Dear Counsel:

      As set forth below, the government provides herewith draft transcripts and/or summaries of consensual recordings made by a cooperating witness ("CW-8"). Compact disks containing these recordings were previously made available to defense counsel. These recordings, draft transcripts and summaries may only be obtained by counsel of record or someone from his or her office and are subject to the protective order issued by the Honorable Carol B. Amon on May 1, 2012:

| Description | Attached |
|---|---|
| Consensual recording dated 1/4/07 | Transcript |
| Consensual recording dated 1/11/07 | Transcript |
| Consensual recording dated 3/26/07 | Transcript |
| Consensual recording dated 4/10/07 | Transcript |
| Consensual recording dated 4/25/07 | Transcript |
| Consensual recording dated 4/27/07 | Transcript |

| Description | Attached |
|---|---|
| Consensual recording dated 5/16/07 | Transcript |
| Consensual recording dated 11/26/07 | Transcript |
| Consensual recording dated 12/10/07 | Transcript |
| Consensual recording dated 3/21/08 | Transcript |
| Consensual recording dated 4/22/08 | Transcript |
| Consensual recording dated 5/1/08 | Transcript |
| Consensual recording dated 5/5/08 | Transcript |
| Consensual recording dated 10/19/07 | Summary |
| Consensual recording dated 10/29/07 | Summary |
| Consensual recording dated 11/07/07 | Summary |
| Consensual recording dated 11/08/07 | Summary |
| Consensual recording dated 11/11/07 | Summary |
| Consensual recording dated 12/03/07 | Summary |
| Consensual recording dated 1/8/08 | Summary |

   In the event that the government identifies other recordings that it deems pertinent to the above-captioned case, draft transcripts and/or summaries will be sent to you under separate cover.

2

If you have further questions or requests, please contact us at the number listed below.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York

                By:        /s/
                        Jack Dennehy
                        Amir H. Toossi
                        Assistant U.S. Attorneys
                        (718) 254-6133/6176

cc:  Clerk of the Court (CBA)(w/o attachments)