UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 7/3/12        TIME:  2:20-3:20

CRIMINAL CAUSE FOR:   Guilty Plea

DOCKET #: CR12-00050

DEFENDANT:  Nicholas Santora- c        ATTORNEY: Richard Rehbock, Esq.

DEFENDANT:        ATTORNEY:

DEFENDANT:        ATTORNEY:

DEFENDANT:        ATTORNEY:

DEFENDANT:        ATTORNEY:

DEFENDANT:        ATTORNEY:

DEFENDANT:        ATTORNEY:

ASSISTANT U.S. ATTORNEY: Amir Toossi

COURT REPORTER: Anthony Frisolone

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:        DEPUTY: V. Holley

Dft withdraws previously entered plea of not gulity.
Dft sworn & advised of rights.
G/P to Count 2 of SS Ind (S-6) accepted by the Court.
Sentencing schedule set as follows:
PSI report to be disclosed 9/25/12; dft's submission 10/9/12; govt's response 10/16/12.
Sentencing set for 10/23/12 at 9:30.
USPD notified.